# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# ALEXANDRIA DIVISION

| | |
|---|---|
| **VLAD STINSON #089252161,** <br> **Petitioner** | **CIVIL DOCKET NO. 1:20-CV-01313-P** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **WILLIAM BARR, ET AL,** <br> **Respondents** | **MAGISTRATE JUDGE JOSEPH H.L. PEREZ-MONTES** |

## J U D G M E N T

For the reasons stated in the REPORT AND RECOMMENDATION of the Magistrate Judge previously filed herein [ECF No. 7], and after a *de novo* review of the record, including the Respondents' Response [ECF No. 5], and the Petitioner's Reply [ECF No. 6], and concurring with the Magistrate Judge's findings under the applicable law;

IT IS HEREBY ORDERED that the Plaintiff's "Verified Petition for a Writ of Habeas Corpus and Complaint for Declaratory Relief and Motion for Immediate Rule to Show Cause Hearing" under 28 U.S.C. § 2241 [ECF No. 1] is DENIED and DISMISSED WITHOUT PREJUDICE.

THUS, DONE AND SIGNED in Chambers on this 20th day of April 2021.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE